UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER EDWARD CHMURA,

      Plaintiff,                              Case No. 11-13244

v.                                           Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge R. Steven Whalen's report and recommendation, filed August 28, 2012. Plaintiff filed objections to the report and recommendation on September 11, 2012. Having thoroughly reviewed the entire record, the court finds that the Magistrate Judge reached the correct conclusion. Accordingly, the court will overrule Plaintiff's objections.

      IT IS HEREBY ORDERED that Magistrate Judge Whalen's August 28, 2012 report and recommendation is ADOPTED as the court's findings and conclusions.

                                             s/John Corbett O'Meara
                                             United States District Judge

Date: September 27, 2012

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 27, 2012, using the ECF system.

                                             s/William Barkholz
                                             Case Manager